AUGUST 10, 1959

**No. 63298.**—Chas. Kurz Co. *v.* United States, protests 326320–K, 326321–K, and 326322–K. Cases restored to docket by order of the court.

BEFORE THE FIRST DIVISION, AUGUST 17, 1959

**No. 63299.**—Harry H. Behrendt and Harper, Robinson & Co. *v.* United States, protest 299193–K (San Francisco).

Opinion by WILSON, J. In accordance with oral stipulation of counsel that merchandise identified as "Kiel spratts" is the same in all material respects as those the subject of *Arnold Sorensin Co., Inc., et al.* v. *United States* (38 Cust. Ct. 199, C.D. 1862), the claim of the plaintiffs was sustained.